Victoria Diane McCandlish, sui juris.
Caples Avenue – Two Seven Zero Zero #2441.
Vancouver. Nation Washington.
Near. [98661-9998]
Phone: (360) 634-2299

Date: May 16, 2025

TO:
Chief John R. Batiste
Washington State Patrol
Helen Sommers Building
106 11th Avenue SW
Olympia, WA 98501

CC:
Officer Chad Prentice #0567
11018 NE 51st Circle
Vancouver, WA 98682

Exhibit A

RE: Notice of Claim and Claim of Damages for Trespass
Reference Numbers: Citation 5A0477031 and Infraction 5A0477032
Registered Mail No.: RF 222 431 008 US

Dear Chad Prentice,

Please find enclosed a formal Notice of Claim and Claim of Damages for Trespass filed by the undersigned, Victoria Diane McCandlish, in her private capacity as a living woman, regarding incidents that occurred on or about May 9, 2025, involving Officer Chad Prentice #0567 of the Washington State Patrol.

This claim outlines serious allegations including false arrest, unlawful search and seizure, property conversion, trespass, and civil rights violations under state and federal law. This notice is being provided for the record and as a prerequisite to further legal and administrative action, as applicable under the Washington State Tort Claims Act and 42 U.S.C. § 1983.

Supporting evidence and statutory citations are provided in detail within the enclosed claim document, including references to RCW Titles 43 and 46, Title 18 and 42 of the United States Code, and related jurisprudence.

Please ensure this notice is forwarded to the appropriate divisions within your office, including the Risk Management Division, Legal Affairs, and Internal Affairs for further review and acknowledgment.

If no formal written response is received within thirty (30) days, Affirmant will construe silence as dishonor and reserve the right to proceed with claims for remedy through judicial, administrative, and commercial channels as necessary.

Thank you for your prompt attention to this matter.

Sincerely,

Victoria Diane McCandlish

*[signature]*

sui juris, all rights reserved

Attachments:
- Notice of Claim and Claim of Damages for Trespass (w/ exhibits)
- Certificate of Service
- True Bill of Damages

**VDM  Estate.**
Nation Washington. General Post-Office.
Caples Avenue-two seven zero zero #2441.
Vancouver. MCCANDLISH Province.
United States Minor, Outlying Islands.
Near. [98661-9998]
Office: (360) 634-2299

## THE RISK MANAGEMENT DIVISION

| | |
|---|---|
| **A Private Woman**<br>          Affirmant<br><br>v.<br><br>**WASHINGTON STATE PATROL,**<br>**CHAD PRENTICE**<br>          Agents | Case No. 5A0477031 and 5A0477032 |

## Notice of Claim and Claim of Damages for Trespass:
### Unlawful Summons, Unauthorized Search and Seizure, and False Claims

### Re: 5-9-2025 CRIMINAL Citation 5A0477031 and Notice of Infraction 5A0477032

*Colossians 2:14-15 ...having canceled the certificate of debt consisting of decrees against us, which was hostile to us; and He has taken it out of the way, having nailed it to the cross when he had disarmed the rulers and authorities, He made a public display of them, having triumphed over them through Him.*

I, Victoria Diane McCandlish, hereinafter "Affirmant", pursuant to the Laws of this land as cited herein, to make a claim of damages for trespass by negligence and false claims of the above mentioned Infractions and compensation for damages caused by OFFICER CHAD PRENTICE #0567 (hereinafter "Agent(s)") that contributed to said damages and states in support:

1. Affirmant, at all times relevant, is a private woman and sentient being not engaged in (meaning not an employee or employer for) any commercial activity requiring licensure or registration under the Revised Code of Washington [R.C.W. hereinafter] or any statutory provision governing regulated commerce, whether interstate or intrastate.

2. Affirmant is **not** a "person" organized under the laws of the State or any State as statutorily defined.

3. RCW 46.01.011 Purpose states, "The legislature finds that the department of licensing administers laws relating to the licensing and regulation of professions, businesses, and other activities in addition to administering laws relating to the licensing and regulation of vehicles and vehicle operators, dealers, and manufacturers. The laws administered by the department have the common denominator of licensing and regulation and are directed toward protecting and enhancing the well-being of the residents of the state."

4. RCW 43.43.010 Patrol created states, "There shall be a department of state government known as the "Washington state patrol." The chief thereof shall be known as the chief of the Washington state patrol, and members thereof shall be known as Washington state patrol officers."

5. RCW 43.43.012 Chief for a day program. states, "To promote positive relationships between law enforcement and the citizens of the state of Washington, the Washington state patrol may

1

participate in the chief for a day program."

RCW 43.43.020 Appointment of personnel states, "The governor, with the advice and consent of the senate, shall appoint the chief of the Washington state patrol, determine his compensation, and may remove him at will. The chief shall appoint a sufficient number of competent persons to act as Washington state patrol officers, may remove them for cause, as provided in this chapter, and shall make promotional appointments, determine their compensation, and define their rank and duties, as hereinafter provided. Before a person may be appointed to act as a Washington state patrol officer, the person shall meet the minimum standards for employment with the Washington state patrol, including successful completion of a psychological examination and polygraph examination or similar assessment procedure administered by the chief or his or her designee in accordance with the requirements of RCW 43.101.095(2). The chief may appoint employees of the Washington state patrol to serve as special deputies, with such restricted police authority as the chief shall designate as being necessary and consistent with their assignment to duty. Such appointment and conferral of authority shall not qualify said employees for membership in the Washington state patrol retirement system, nor shall it grant tenure of office as a regular officer of the Washington state patrol. The chief may personally appoint, with the consent of the state treasurer, employees of the office of the state treasurer who are qualified under the standards of the criminal justice training commission, or who have comparable training and experience, to serve as special deputies. The law enforcement powers of any special deputies appointed in the office of the state treasurer shall be designated by the chief and shall be restricted to those powers necessary to provide for statewide security of the holdings or property of or under the custody of the office of the state treasurer. These appointments may be revoked by the chief at any time and shall be revoked upon the written request of the state treasurer or by operation of law upon termination of the special deputy's employment with the office of the state treasurer or thirty days after the chief who made the appointment leaves office. The chief shall be civilly immune for the acts of such special deputies. Such appointment and conferral of authority shall not qualify such employees for membership in the Washington state patrol retirement system, nor shall it grant tenure of office as a regular officer of the Washington state patrol."

6. RCW 43.43 Breach of Statutory Duty. The actions taken by Officer Chad Prentice #0567 are in direct contradiction to the duties outlined in RCW 43.43, which establishes the Washington State Patrol for the purposes of public safety, professional conduct, and lawful enforcement. RCW 43.43.010 through RCW 43.43.390 collectively define the ethical, procedural, and jurisdictional limits under which officers must operate. As described herein, the acts of unlawful detention, warrantless search, seizure of private property, and issuance of citations absent a verified complaint or harm violate the professional standards codified in RCW 43.43.070, which mandates that all officers conduct themselves with integrity and discipline. Furthermore, RCW 43.43.390 provides for accountability and disciplinary measures for officers whose actions erode public trust or infringe upon constitutionally protected liberties. Therefore, Affirmant asserts that Officer Prentice operated outside the lawful scope of WSP authority, constituting a breach of statutory and fiduciary duty owed to the public. Such conduct supports this claim for trespass, false arrest, and civil damages, and warrants disciplinary review and public remedy.

7. RCW Title 46 Limits of Statutory Application. Affirmant further asserts that RCW Title 46, which governs motor vehicles, driver's licenses, and vehicle registrations in Washington State, applies strictly to individuals operating in a commercial or regulated capacity as defined by statutory construction. RCW 46.01.011 outlines the purpose and authority of the Department of Licensing to regulate businesses and professions related to vehicles, not the private use of conveyances by natural persons not engaged in commerce. RCW 46.20.005 states that a person must be licensed to drive a motor vehicle upon a highway in this state. However, the term "driver" is statutorily defined under RCW 46.04.370 as a person who drives or is in actual physical control of a vehicle, but this is presumed in the context of **regulated activity** under the licensing code. The courts have held that statutes must be strictly construed when they **limit fundamental rights**, and the right to travel is such a right. Therefore, absent any proof of commercial use, public safety hazard, or harm, any citation issued under Title 46 constitutes a misapplication of the law. The statutory framework of RCW Title 46 does not grant general jurisdiction over private travelers in their personal capacity using privately owned conveyances for peaceful travel. Accordingly, any enforcement action under RCW Title 46 against Affirmant, a non-commercial traveler,

represents an overreach of administrative and police power and supports Affirmant's broader claims for relief.

8. RCW 46.30.020 Statutory Misapplication of Financial Responsibility states that it is a civil infraction for a person to operate a motor vehicle in this state without having in effect a motor vehicle liability policy, self-insurance, or other financial responsibility. However, this statute, like the rest of Title 46, applies strictly to those operating within the regulatory framework of the commercial transportation code. Affirmant, a private woman, was not operating in commerce or under any circumstance requiring proof of financial responsibility as defined by the Revised Code of Washington. The presumption of commercial liability insurance requirements under RCW 46.30.020 cannot be lawfully extended to non-commercial, peaceful, private travel. Any enforcement action or citation issued under RCW 46.30.020 without supporting evidence of a commercial or regulated activity constitutes an overreach of statutory authority and an infringement upon constitutionally protected rights.

9. RCW 46.16A.030(1) – Exemption from Registration Manufacturer's Certificate of Origin and Private Trust. Pursuant to RCW 46.16A.030(1), the registration of a vehicle is not required for any vehicle that is not operated upon the public highways of this state. Affirmant asserts lawful private ownership of the conveyance in question via a Manufacturer's Certificate of Origin (MCO), and such conveyance is held in a private trust. This legal status removes the vehicle from classification as state-registered property subject to licensing, taxation, and regulatory enforcement under commercial vehicle statutes. The existence of an MCO and the holding of legal title in trust distinguish the conveyance from a "motor vehicle" as defined under statutory commerce-based regulation. There is no nexus or contractual obligation binding the private property to the administrative jurisdiction of the Department of Licensing or enforcement under Title 46. Therefore, any attempt to compel registration or enforce penalties under licensing statutes, including but not limited to RCW 46.16A, against a private trust-held, non-commercial conveyance constitutes a breach of trust, unauthorized claim over private property, and an overreach of statutory jurisdiction

10. Affirmant was not engaged in commercial activity requiring licensure under Title 49 U.S.C. § 30101 et seq. (relating to motor vehicle safety standards for commercial transport). Title 49 USC 13501- General jurisdiction The Secretary and the Board have jurisdiction, as specified in this part, over transportation by motor carrier and the procurement of that transportation, to the extent that passengers, property, or both, are transported by motor carrier - (1) between a place in- (A) a State and a place in another State; (B) a State and another place in the same State through another State; (C) the United States and a place in a territory or possession of the United States to the extent the transportation is in the United States; (D) the United States and another place in the United States through a foreign country to the extent the transportation is in the United States; or (E) the United States and a place in a foreign country to the extent the transportation is in the United States; and (2) in a reservation under the exclusive jurisdiction of the United States or on a public highway.

11. Affirmant was exercising her right to travel, not engaging in commerce, not causing harm or breach of peace, and was therefore not subject to the statutory authority relied upon in issuing the citation or conducting a stop, search, or seizure. The right to travel is a fundamental, inherent, and constitutionally protected liberty under the U.S. Constitution. It is not a mere privilege granted by the state and is not subject to arbitrary restriction. Travel on the public roads, in one's private conveyance, for noncommercial purposes, is not subject to regulation or licensing requirements. See Title 49 USC 13102.

12. The state may regulate motor vehicles used in commerce under the police power, but that power does not extend to depriving private individuals of their natural right to move freely and peaceably without a warrant, probable cause of a crime, or a demonstrated threat to public safety. Any attempt by officers to condition peaceful travel on licensing, particularly when used as grounds for stop, search, or citation, constitutes a prior restraint on a constitutional liberty and is presumptively invalid under *Lovell v. Griffin, 202 U.S. 444 (1938)*.

3

13. Affirmant does not consent to the issuance of a Driver's License with an adhesion contract to above traffic citation and compelled signature under threat or duress by armed officers. Title 15 USC 1 (Sherman Act).

14. The use of a uniform traffic citation as a contract without disclosure or option to negotiate terms violates the principle of **voluntary agreement** required in contract law, as recognized by the **Federal Trade Commission Act, 15 U.S.C. § 45**, prohibiting unfair or deceptive acts or practices.

15. The issuance of a traffic citation and its potential monetization, bonding, or placement into commercial instruments constitutes the **creation of a security** under **15 U.S.C. § 77b(a)(1)**, which defines a *security* to include any "note, stock, treasury stock, bond, debenture, [or] evidence of indebtedness."

16. If any public or private entity attempts to convert the citation into a bond, or derive monetary value from it, without a properly disclosed and registered offering, it violates the **Securities Act of 1933**, specifically **15 U.S.C. § 77e** (unlawful to sell unregistered securities).

17. Moreover, no officer or agency involved has presented evidence of a **securities license** issued by the **SEC** or **FINRA**, thereby violating **15 U.S.C. § 78o** (requirement for broker-dealer registration).

18. Affirmant experienced detention, seizure, or arrest made without a signed warrant, probable cause of a crime, or a presentment by a harmed party constitutes **false arrest**, a violation of **42 U.S.C. § 1983** (civil action for deprivation of rights). A warrantless arrest without probable cause or proper judicial oversight violates **Fourth Amendment** protections and constitutes **false imprisonment** under both state and federal law (*United States v. Watson*, 423 U.S. 411 (1976)).

19. The warrantless search of the Affirmant violated the **Fourth Amendment** and was unlawful under **18 U.S.C. § 242** (deprivation of rights under color of law). The seizure of my **silver dollar coin**, a tangible asset of intrinsic value, constituted **conversion and theft under color of law**, a felony under **18 U.S.C. § 641** (theft of public or private property).

20. Affirmant asserts her rights under 4th and 14th Amendments to not be deprived of life, liberty, or property without due process of law. Any administrative proceedings or fine without proper judicial due process violates these rights.

21. Affirmant cannot be charged with failure to appear without first receiving just compensation for my time, energy, and labor. Since pursuant to RCW 9A.76.200 (1)(a) A person is guilty of failure to appear or surrender if he or she is released by court order or admitted to bail, has received written notice of the requirement of a subsequent personal appearance before any court of this state or of the requirement to report to a correctional facility for service of sentence, and fails to appear or fails to surrender for service of sentence as required; and (b)(i) Within thirty days of the issuance of a warrant for failure to appear or surrender, does not make a motion with the court to quash the warrant, and if a motion is made under this subsection, he or she does not appear before the court with respect to the motion; or (ii) Has had a prior warrant issued based on a prior incident of failure to appear or surrender for the present cause for which he or she is being held or charged or has been convicted. (2) It is an affirmative defense to a prosecution under this section that uncontrollable circumstances prevented the person from appearing or surrendering, that the person did not contribute to the creation of such circumstances by negligently disregarding the requirement to appear or surrender, and that the person appeared or surrendered as soon as such circumstances ceased to exist. (3) Failure to appear or surrender is: (a) A gross misdemeanor if the person was held for, charged with, or convicted of a felony; or (b) A misdemeanor if the person was held for, charged with, or convicted of a gross misdemeanor or misdemeanor.

22. Exhaustion "is unnecessary" and not required if an administrative remedy is found inadequate or unavailable before commencing a federal civil rights action.

23. Pursuant to the Declaration of Independence government derives just powers from the consent of the governed and Affirmant has never pledged fealty via oath or other expressed written consent; and

24. The Fifth Amendment to the United States Constitution of America protects individuals from self-incrimination, ensures due process, and requires the government to pay "just compensation" when taking private property for public use (eminent domain).

Therefore, considering the Plain Writing Act (2010), plain 'ol common sense and logic, RCW 46 is for regulation through licensing and registration by natural persons for hire in transportation on behalf of fictitious persons while using a vehicle in the state. Since there is no proof on the record that Affirmant was operating under commercial motor vehicle intent or for work/hire, the presumptions of the man acting as officer do not give rise to personal or subject matter jurisdiction of any agency or court. At best the entire event is proof of incompetence, negligence and/or poor training of otherwise fine people. For this trespass, harm, emotional distress, loss of time and effort taken to correct the record, a True Bill is attached and due upon receipt.

## Verification and Affidavit

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete to the best of my knowledge and belief.

Executed this 16th day of May, 2025.
In County of Clark, Nation Washington

By: _____

Victoria Diane McCandlish, sui juris, All Rights Reserved

**Witnesses**

1. _____ (Name & Signature)

2. _____ (Name & Signature)

## Notary Acknowledgment

State of Washington
County of Clark

On this 16th day of May, 2025, before me, the undersigned notary public, personally appeared Victoria Diane McCandlish known to me (or proved to me on the basis of satisfactory evidence) to be the living man/woman whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein stated.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal.

Notary Public   Phil Hogan
My commission expires: 01-07-26

> Notary Public
> State of Washington
> Phil Hogan
> Commission No. 22005500
> Commission Expires 01-07-26

5

Maxim: "*Equity regards substance, not mere form.*"

## True Bill: Damages for Negligence and False Claims
### Re: 5-9-2025 CRIMINAL Citation 5A0477031 and Notice of Infraction 5A0477032

| | |
|---|---:|
| Initiating abusive, deceptive, and unfair debt collection practices | 50,000.00 |
| Initiating a bond action without a valid certificate of eligibility | 100,000.00 |
| Extorting private data under color of law | 100,000.00 |
| Copyright infringement/Use name in commerce w/out compensation | 70,000.00 |
| Unlawful taking by threat/duress/coercion | 50,000.00 |
| Mental stress, anguish, pain | 100,000.00 |
| Time to prepare this document/defense [300/hr x 100hr] | 30,000.00 |
| Total Due: | $ 500,000 USD |

6

## Certificate of Service:

**Washington State Patrol Headquarters**
Attention: WSP Chief John R. Batiste
Helen Sommers Building
106 11th Avenue SW
Olympia, WA 98501
Phone: (360) 596-4000

**Washington State Patrol Headquarters**
Attention: Officer CHAD PRENTICE
11018 NE 51st Circle
Vancouver, WA 98682
Phone: (360) 449-7999

**Clark County District Court**
Attention: Bryan M. Farrell, District Court Administrator
1200 Franklin Street
Vancouver, WA 98660
Phone: (564) 397-2424

**Department of Enterprise Services Office of Risk Management**
1500 Jefferson Street SE
PO Box 41466
Olympia, WA 98504-1466
Phone: (360) 407-9199

**Washington State Attorney General**
Attention: Nick Brown, Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: (360) 753-6200

**Washington State Administrative Office of the Courts**
Attention: Dawn Marie Rubio
1112 Quince St SE,
Olympia, WA 98501
Phone: (360) 753-3365

**Washington State Patrol Internal Affairs**
Attention: Chris Loftis, Director of Public Affairs
PO Box 42602
Olympia, WA 98504-2602
Phone: (360) 753-6540

**U.S. Department of Transportation – Office of Inspector General**
Attention: Mitch Behm
1200 New Jersey Avenue, SE
Washington, DC 20590
Phone: (202) 366-40000

## CRIMINAL CITATION - MANDATORY COURT APPEARANCE

APPEARANCE DATE: Friday, May 23, 2026  TIME: 8:30 AM

**LOCATION: CLARK COUNTY DISTRICT COURT**
**PO BOX 9806**
**VANCOUVER WA 98666**

CONTACT:
Email: district.tickets@clark.wa.gov
Website: www.clark.wa.gov/district-court
Phone: (564) 397-2424
Phone: M-F 8am-12pm & 1pm-4:30pm
Located at: 1200 Franklin St,
Vancouver, WA 98660

You are charged with the crimes described on this form

**IF YOU DO NOT APPEAR IN COURT THIS MAY RESULT IN A WARRANT FOR YOUR ARREST AND DETENTION IN JAIL.**

Also, if "Traffic" is checked you may lose your driver's license/privilege. Traffic citations may go on your driving record

### MANDATORY COURT APPEARANCE DATE INSTRUCTIONS: ONE OF THE FOLLOWING APPLIES TO YOU

1. If there is a date in the appearance date box, you must appear in court at that date and time.
2. If there is a number in the appearance date box, you must appear in court within the number of days indicated.
3. If the appearance date box is blank, the court will notify you in writing when to appear. If you do not receive a notice within fifteen 15 days please contact the court immediately.

When you appear, you will be advised of your constitutional rights and the possible penalties if you are convicted. You also may be asked to enter a plea of NOT GUILTY or GUILTY.

CRIMINAL ☐  ☑ TRAFFIC  ☐ NON-TRAFFIC   5A0477031

☑ STATE OF WASHINGTON PLAINTIFF VS NAMED DEFENDANT
☐ MUNICIPAL COURT OF   CLARK COUNTY DISTRICT COURT
☐ COUNTY OF
☐ CITY/TOWN OF

Officer No: WAWSP0612    Agency No: WA008023J

DL: WDL7NTSGG138   State: WA   Exp: 10-14-27
Last: HEACOCK    First: VOCTORIA
Middle: DIANE
Address: 7100 NE 151ST CIR
City: VANCOUVER   State: WA   Zip: 98685

DOB: 10-14-84   Sex: F   Ht: 6'04"   Wt: 160   Eyes: BLU   Hair: BRO

Violation Date: 05/09/2026 11:45
Location: WB STATE ROUTE 500
NE 112TH AVENUE
County: CLARK

Veh Lic: BCA5032  St: WA  Exp: 06-05-22  Yr: 2014  Make: TOYOTA  Model: SIENNA  Style: VAN  Color: SILVER/AL

Accident: NO   Commercial Vehicle: NO   18+ BUS: YES/NO   HAZMAT: NO

DID THEN AND THERE COMMIT EACH OF THE FOLLOWING OFFENSES:

1. VIOLATION/STATUTE CODE: 46.20.342.1C
   DWLS 3RD DEGREE

Page 1 OF 2   05-09-26

OFFICER: CHAD PRENTICE   # 9857

CITATION # 5A0477031 WSP CT

---

## NOTICE OF INFRACTION

**YOU MUST RESPOND 30 DAYS FROM THE DATE ISSUED OR 33 DAYS FROM THE DATE THE NOTICE IS MAILED.**

This is a non-criminal offense for which you cannot go to jail.
Your response must be postmarked by midnight of the day it is due at the court. If you do not respond or appear for court hearings

TRAFFIC: You may lose your driver's license/privilege
NON-TRAFFIC: It is a crime and will be treated accordingly
PARKING: DOL may refuse to renew your vehicle registration until your fines are resolved and fees satisfied

Check one of the 4 boxes below, then sign, date, and mail this form to:

**CLARK COUNTY DISTRICT COURT**
**PO BOX 9806**
**VANCOUVER WA 98666**

Court contact information:
Email: district.tickets@clark.wa.gov
Website: www.clark.wa.gov/district-court
Phone: (564) 397-2424
Phone: M-F 8am-12pm & 1pm-4:30pm
Located at: 1200 Franklin St,
Vancouver, WA 98660

☐ Pay. I have enclosed a check or money order in U.S. funds for the amount listed. I understand this will go on my driving record if "traffic" is checked. DO NOT SEND CASH. NSF checks will be treated as a failure to respond.

☐ Payment Plan. I admit responsibility for the infraction. I request the court provide me information about how to obtain a payment plan and how to submit evidence of my current inability to pay in full.

☐ Mitigation Hearing. I agree I have committed the infraction(s), but I want a hearing to explain the circumstances. Please send me a court date to appear. I know I may not subpoena witnesses to appear, but witnesses can attend voluntarily. I understand this will go on my driving record if "traffic" is checked above. The court may allow time payments or reduce the penalty where allowed by law.

☐ Contested Hearing. I want to contest (challenge) this infraction. I did not commit the infraction. Please send me a court date to appear. The state must prove by a preponderance of the evidence that I committed the infraction. I know I can require (subpoena) witnesses, including the officer who wrote the ticket, to attend the hearing. The court will tell me how to request a witness's appearance. I understand this will go on my driving record if I lose and "traffic" is checked.

My mailing address is (PLEASE PRINT)
Name: _____
Street or POB: _____ Apt: ___
City: ____ State: ___ Zip Code: ___
Telephone: ___ Email: ___
Is interpreter needed? ___ Language: ___

X: _____ (SIGNATURE) _____ (DATE)

INFRACTION ☐  ☑ TRAFFIC  ☐ NON TRAFFIC  ☐ PARKING   5A0477032

☑ STATE OF WASHINGTON PLAINTIFF VS NAMED DEFENDANT
☐ MUNICIPAL COURT OF   CLARK COUNTY DISTRICT COURT
☐ COUNTY OF
☐ CITY/TOWN OF

Officer No: WAWSP0612   Agency No: WA008023J

DL: WDL7NTSGG138   State: WA   Exp: 10-14-27
Last: HEACOCK   First: VOCTORIA
Middle: DIANE
Address: 7100 NE 151ST CIR
City: VANCOUVER   State: WA   Zip: 98685

DOB: 10-14-84   Sex: F   Ht: 6'04"   Wt: 160   Eyes: BLU   Hair: BRO

Violation Date: 05/09/2026 11:45
Location: WB STATE ROUTE 500
NE 112TH AVENUE
County: CLARK

Veh Lic: BCA5032  St: WA  Exp: 06-06-22  Yr: 2014  Make: TOYT  Model: SIENNA  Style: VN  Color: SIL

Accident: NO

1. VIOLATION/STATUTE CODE: 46.30.020
   OP MOT VEH W/OUT INSURANCE         $550.00

2. VIOLATION/STATUTE CODE: 46.16A.030.6.G
   FL RENEW EXPIRED REG > 2 MTHS      $237.00

Page 2 OF 2   05-09-26    $796.00

OFFICER: CHAD PRENTICE   # 9857

INFRACTION # 5A0477032 WSP IT

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
A woman

**DEFENDANTS**
WASHINGTON STATE PATROL, CHAD PRENTICE

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 U.S.C. 242

Brief description of cause:
Trespass under color of law

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



**STATE OF WASHINGTON**
DEPARTMENT OF ENTERPRISE SERVICES – OFFICE OF RISK MANAGEMENT
*1500 Jefferson Street PO Box 41466, Olympia, Washington 98504-1466*
*(360) 407-9199   www.des.wa.gov*

June 4, 2025

Exhibit B

**_VIA US MAIL_**
Victoria McCandlish
2700 Caples Ave #2441
Vancouver, Washington 98661-9998

RE:   Your Tort Claim # 2251021938

Dear Victoria McCandlish:

The Department of Enterprise Services, Office of Risk Management, has reviewed the tort claim filed against the state of Washington on May 20, 2025. Your claim alleges damages resulting from your interaction with Washington State Patrol on or about May 9, 2025.

Washington State maintains a public liability fund for payment of tort claims only after there has been a finding of tortious conduct. A tort is committed when the state was under a legal duty to act in a particular fashion, breaches that duty, and you are injured or undergo a loss as a direct result of the state's breach.

Our review does not support a finding upon which to base any payment, as required under Chapter 4.92 RCW. Using public roadways requires properly licensed and insured drivers per applicable laws without exception. Hence, your tort claim against the state of Washington is respectfully declined.

Please contact me if you have any questions regarding this decision.

Sincerely,

*Douglas Green*
Douglas Green
Case Manager
360.407.2244
douglas.green@des.wa.gov

BOB FERGUSON
Governor



JOHN R. BATISTE
Chief

**STATE OF WASHINGTON**
**WASHINGTON STATE PATROL**
Office of Professional Standards • PO Box 42611 • Olympia, WA 98504-2611 • www.wsp.wa.gov

September 5, 2025

Ms. Victoria D. McCandlish
2700 Caples Avenue
#2441
Vancouver WA 98668

Exhibit C

Dear Ms. McCandlish:                                        RE:  OPS No. 25-0823

Your dissatisfaction with Trooper Chad Prentice concerning his conduct prompted an investigation and review of the incident(s) you described. The investigation has been completed and Trooper Prentice's conduct was determined to be contrary to department policy.

If you desire further information in regard to the investigation of case number 25-0823, please contact Captain Jason Linn at (360) 449-7908.

Sincerely,

Captain Pete T. Stock
Office of Professional Standards

PTS:hdh
cc:  Captain Jason M. Linn, Vancouver

