**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**IN AND FOR THE COUNTY OF CLARK**

Victoria Diane McCandlish (formerly Heacock) a woman,
Plaintiff,
v.

WASHINGTON STATE PATROL;              Cause No: 5A0477031 and 5A0477032
Officer Chad Prentice #0567,
Sergeant Justin Maier;
Chief John R. Batiste;
OFFICE OF RISK MANAGEMENT;
Douglas Green;
State Treasurer, Mike Pelliccotti;
Bureau of Justice Assistance,
Acting Director Tammie Gregg
Defendants.

SUMMONS (20 Days)

TO: THE ABOVE-NAMED DEFENDANTS:

A lawsuit has been started against you in the above-entitled court by the plaintiff. The Verified
Complaint and Exhibits and the Notice of Claim and Claim of Damages for Trespass, copies of
which are served upon you with this summons, states the claims asserted.

In order to defend against this lawsuit, you must respond to the complaint by stating your
defense in writing and serve a copy upon the person signing this summons within twenty (20)
days after the service of this summons, excluding the day of service, or a default judgment may
be entered against you without notice. A default judgment is one where the plaintiff is entitled to
what they ask for because you have not responded.

If you serve a notice of appearance on the undersigned person, you are entitled to notice before
a default judgment may be entered.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that
your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of
Washington.

DATED this 18th day of September, 2025.

Respectfully submitted,

Victoria Diane McCandlish (formerly Heacock) a woman
Pro Per, Sui Juris
2700 Caples Avenue #2441
Vancouver, Washington [98661-9998]
Phone: (360) 634-2299
Email: grantor1drop@pm.me