VDM Estate.
2700 Caples Avenue #2441.
Vancouver. Nation Washington.
Near. [98661-9998]



9589 0710 5270 2623 7726 75



FILED _____ LODGED
_____ RECEIVED

SEP 22 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY




98402
RDC 99

United States District Court
Western District of Washington at Tacoma
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200