Family of McCandlish Trust
2700 Caples Avenue #2441
Vancouver. Washington. 98661-9998.
Grantors Office
(360) 634-2299 phone
(360) 634-2331 fax
grantor1drop@pm.me

Pro Per Sui Juris

FILED LODGED
RECEIVED
DEC 16 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Victoria Diane McCandlish,
Plaintiff,

vs.

WASHINGTON STATE PATROL;
Officer Chad Prentice #0567,
Sergeant Justin Maier;
Chief John R. Batiste;
OFFICE OF RISK MANAGEMENT;
Douglas Green;
State Treasurer, Mike Pellicciotti;
Bureau of Justice Assistance,
Acting Director Tammie Gregg
Defendants.

Case No. 3:25-cv-05851-DGE

NOTICE OF CHANGE OF ADDRESS

(Jury Trial Demanded)

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiff Victoria Diane McCandlish hereby notifies the Court and all parties of record of a change of address. All future pleadings, correspondence, and notices should be sent to the following address:

2700 Caples Avenue #2441
Vancouver, Washington
98661-9998

This Notice is provided pursuant to the Local Civil Rules of the United States District Court for the Western District of Washington. Plaintiff understands that it is her responsibility to promptly notify the Court and opposing counsel of any change of address.

DATED this 16th day of December, 2026.

Respectfully submitted,

Victoria Diane McCandlish Plaintiff, Pro Per Sui Juris
2700 Caples Avenue #2441
Vancouver, Washington
98661-9998