UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA DIANE MCCANDLISH,<br><br>                        Plaintiff,<br>     v.<br><br>CHAD PRENTICE et al.,<br><br>                        Defendants. | CASE NO. 3:25-cv-05851-DGE<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (DKT. NO. 11) |

      This matter comes before the Court on its own review of the record.  Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of right no later than 21 days after service of a responsive pleading, or 21 days after service of a motion under Federal Rule of Civil Procedure 12(b).  On November 20, 2025, Defendants Washington State Patrol, Chief John Batise, Douglas Green, Mike Pelliciotti, Chad Prentice and Justin Maier filed a motion to dismiss Plaintiff's Complaint along with a Rand Notice informing Plaintiff of the motion.  (Dkt. Nos. 11, 13.)  The same day, Defendants Prentice and Maier filed an Answer to Plaintiff's Complaint.  (Dkt. No. 12.)

On December 16, 2025, Plaintiff responded to Defendants' motion to dismiss, requesting leave to amend her complaint to "clarify capacity and to plead facts sufficient to state viable claims." (Dkt. No. 19.)[1]  The same day, Plaintiff filed an Amended Complaint which withdrew claims against several named Defendants. (Dkt. No. 20.)  On December 29, 2025, Defendants Washington State Patrol, Chad Prentice, Justin Maier and Chief John R. Batiste filed an Answer to Plaintiff's Amended Complaint. (Dkt. No. 27.)

As Plaintiff's amended complaint supersedes her original complaint, the Court DENIES as moot Defendants' motion to dismiss (Dkt. No. 11) Plaintiff's original complaint (Dkt. No. 1). *See Valadez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011); *Umouyo v. Bank of America NA*, 2022 WL 2392386, at *1 (W.D. Wash. July 1, 2022).  Defendants may, at their discretion, file a new motion to dismiss based on the amended complaint.

Dated this 6th day of January, 2026.

David G. Estudillo
United States District Judge

---

[1] Plaintiff's amended complaint, arguably, was filed more than 21 days after the motion to dismiss. However, because Plaintiff is not signed up for efiling, the Court will accept Plaintiff's amended complaint as timely filed.