The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

VICTORIA DIANE MCCANDLISH
(formerly Heacock),

                           Plaintiff,

v.

WASHINGTON STATE PATROL, a
Washington state agency;
OFFICER CHAD PRENTICE #0567, in
his individual capacity;
SERGEANT JUSTIN MAIER, in his
individual capacity;
CHIEF JOHN R. BATISTE, in his
individual capacity.

                          Defendants.

NO. 3:25-cv-05851-DGE

NOTICE OF ASSOCIATION OF
COUNSEL

**(CLERK'S ACTION REQUESTED)**

TO:    VICTORIA MCCANDLISH

AND TO: CLERK OF THE COURT

        PLEASE TAKE NOTICE that Assistant Attorney General THOMAS E. HUDSON hereby

associates with Assistant Attorney General JOHNNA S. CRAIG of the Attorney General's Office

on behalf of defendants Washington State Patrol, Office Chad Prentice, Sergeant Justin Maier, and

//

//

NOTICE OF ASSOCIATION
No. 3:25-cv-05851-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

Chief John Batiste and requests that service of all papers and pleadings herein, except original process, also be made upon the undersigned at the address stated below.

DATED this 26th day of May, 2026.

NICHOLAS W. BROWN
Attorney General

*s/ Thomas E. Hudson*
THOMAS E. HUDSON, WSBA No. 46855
Assistant Attorney General
Attorney for Defendant State of Washington
P.O. Box 40126
Olympia, WA 98504-0126
Telephone: 360-586-6318
Thomas.Hudson@atg.wa.gov

NOTICE OF ASSOCIATION
No. 3:25-cv-05851-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

**CERTIFICATE OF SERVICE**

I declare that I caused a copy of this document to be served on all parties or their counsel of record on the date below as follows:

☐ Unites States Postal Service

☒ Electronic Filing via Clerk of the Court using the CM/ECF Filing System

    Victoria Diane McCandlish
    2700 Caples Avenue Suite 2441
    Vancouver, WA 98661

I declare under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 26th day of May 2025, at Olympia, Washington.

    NICHOLAS W. BROWN
    Attorney General


    *s/Thomas E. Hudson*
    THOMAS E. HUDSON, WSBA No. 46855
    Assistant Attorney General

NOTICE OF ASSOCIATION
No. 3:25-cv-05851-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
PO Box 40126
Olympia, WA 98504-0126
360-586-6300